# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN A. REDDING,**<br><br>*Plaintiff*<br><br>v.<br><br>**ANDREW M. SAUL,**<br><br>*Defendant.* | Case No. 2:19-cv-04624-JDW |

## ORDER

AND NOW, this 22nd day of February, 2021, upon consideration of Plaintiff's Motion for Attorney's Fees Under the Equal Access to Justice Act (ECF No. 21), it is **ORDERED** that the Motion is **GRANTED**.

It is **FURTHER ORDERED** that Plaintiff John A. Redding is awarded $5,523.13 in attorneys' fees pursuant to 28 U.S.C. § 2412.

It is **FURTHER ORDERED** that, on or before March 24, 2021, Defendant shall determine whether Plaintiff has any outstanding federal debt.

It is **FURTHER ORDERED** that if Defendant determines that Plaintiff has no outstanding federal debt, Defendant shall honor Plaintiff's assignment of attorney's fees and pay the awarded attorneys' fees directly to counsel.

It is **FURTHER ORDERED** that if Defendant determines that Plaintiff has outstanding federal debt, the amount of attorneys' fees will be used to offset Plaintiff's federal debt, and Defendant will remit any remaining amount directly to Plaintiff at the business address of Plaintiff's counsel.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.